**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK LEON ESSEX SMITH                                                    PLAINTIFF

v.                                          NO. 5:11CV00272 JLH

WATSON CHAPEL SCHOOL DISTRICT                                    DEFENDANT

## ORDER

Counsel for the Watson Chapel School District has indicated in the Rule 26(f) Report that it will be necessary to produce in discovery and introduce into evidence documents that contain personally identifiable data of students. Counsel has requested that the Court enter an order directing the Clerk to seal any documents indicated by either party to contain such information. That request is granted.

The Court directs that if either party wishes to file any documents that contain personally identifiable data of students, that party should designate the documents as "Confidential: File Under Seal" and, when such documents are filed, the Clerk is authorized to file them under seal.

IT IS SO ORDERED this 9th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE