IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK LEON ESSEX SMITH                                              PLAINTIFF

v.                              Case No. 5:11-cv-272-KGB

WATSON CHAPEL SCHOOL DISTRICT                              DEFENDANT

## JUDGMENT

This matter came for trial by jury on the 13th day of November, 2012. Plaintiff Mark Leon Essex Smith appeared *pro se*. Defendant Watson Chapel School District appeared through its corporate representative, Danny Hazelwood, and its attorney Michael J. Dennis. All parties announced ready for trial. A jury of twelve was selected and sworn.

On November 15, 2012, the jury returned a verdict as follows:

**Note:** Complete the following question by writing in the name required by your verdict. After you have completed this question, please have the foreperson sign his or her name and date this form.

1. On the religious discrimination claim of plaintiff Mark Leon Essex Smith, as submitted in Instruction 6, we find in favor of:

|  |  | *Watson Chapel School District* |
|---|---|---|
| Plaintiff Mark Leon Essex Smith | or | Defendant Watson Chapel School District |

/s/ Howard R. Gassett
Foreperson

Dated: 15 Nov 12

**Note:** Answer the next question.

**Note:** Complete the following question by writing in the name required by your verdict. After you have completed this question, please have the foreperson sign his or her name and date this form.

2A. On the retaliation claim of plaintiff Mark Leon Essex Smith, as submitted in Instruction 7, we find in favor of:

|                                              |    | *Watson Chapel School District* |
|----------------------------------------------|----|---------------------------------|
| Plaintiff Mark Leon Essex Smith              | or | Defendant Watson Chapel School District |

**Note:** If you found in favor of plaintiff Mark Leon Essex Smith in response to Question 2A, please proceed to question 2B.

2B. Has it been proved that Watson Chapel School District would have taken adverse employment action against Mr. Smith regardless of his participating in proceedings to challenge alleged religious discrimination? Please check yes or no.

_____    _____
YES         NO

/s/ Howard R. Gassett
Foreperson

Dated: 15 Nov 12

**Note:** Proceed to the next question.

**Note:** Complete the following question by writing in the name required by your verdict. After you have completed this question, please have the foreperson sign his or her name and date this form.

3. On the hostile work environment claim of plaintiff Mark Leon Essex Smith, as submitted in Instruction 9, we find in favor of:

|                                              |    | *Watson Chapel School District* |
|----------------------------------------------|----|---------------------------------|
| Plaintiff Mark Leon Essex Smith              | or | Defendant Watson Chapel School District |

/s/ Howard R. Gassett
Foreperson

Dated: 15 Nov 12

**Note:** Proceed to the next question.

**Note:** Complete the following question only if you find in favor of Mr. Smith under Instruction 6, 9, or if you find in favor of Mr. Smith under Instruction 7, and if you answer "no" in response to Instruction 8. If you complete this question, please do so by writing an amount or the word "none." Please have the foreperson sign his or her name and date this form.

4.  As submitted in Instructions 13 and 14,

We find Mr. Smith's damages, excluding lost wages and benefits, to be:

$ _____ (stating the amount or, if you find that Mr. Smith's damages do not have monetary value, write in the nominal amount of One Dollar ($1.00)).

_____
Foreperson

Dated: _____

**Note:** Proceed to the next question.

**Note:** Complete the following question only if you have found in favor of Mark Leon Essex Smith by writing his name in response to Question 1, 2, or 3, and if you have awarded an amount of $1.00 or more in response to Question 4. If you complete this question, please do so by writing in an amount or the word "none." Please have the foreperson sign his or her name and date this form.

5.  We assess punitive damages against Watson Chapel School District, as submitted in Instruction 15, as follows:

$ _____ (stating the amount or, if none, write the word "none").

_____
Foreperson

Dated: _____

Judgment is therefore entered in favor of Watson Chapel School District against Mark Leon Essex Smith.

SO ORDERED this 26th day of November, 2012.

_____
Kristine G. Baker
United States District Judge

3